AO 442 (Rev. 01/09) Arrest Warrant                                                         SEALED

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br><br>RUDOLPH WALKER<br>(Wherever Found)<br><br>*Defendant* | ) ) ) Case No. 3:16CR70 DPJ-LRA 08 ) ) ) |




## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Rudolph Walker

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute a Controlled Substance. Possess with intent to distribute a controlled substance (aiding and abetting).

**ARTHUR JOHNSTON, CLERK**

Date: 09/08/2016                                         *J. Carruth*
                                                         *Issuing officer's signature*

City and state:    Jackson, MS                           T. Carruth, Deputy Clerk
                                                         *Printed name and title*

### Return

This warrant was received on *(date)* 09/08/16, and the person was arrested on *(date)* 09/19/16
at *(city and state)* JACKSON, MS.

Date: 09/19/16                                           *signature*
                                                         *Arresting officer's signature*

                                                         TIMOTHY ANDERSON  DUSM
                                                         *Printed name and title*