IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.

                                               CRIMINAL NO: 3:16 CR 00070 DPJ-LGI

TIMOTHY PERKINS

<u>RESPONSE TO ORDER TO SHOW CAUSE</u>

The following is my explanation and response to the Order to Show Cause. Things have

changed in the world since I took this case in 2016.  Back then, I had a nice, manageable

practice that I took great pride in and had the time necessary to keep up with all my cases.

In August of 2017, everything changed.  Hurricane Harvey devastated Houston. Not only

did my home flood, but workwise the Harris County Criminal Courthouse suffered catastrophic

damage.  The wheels of justice ground to a halt, but crime did not. We had no place to try cases

for a long period of time and eventually started to do a few at the civil courthouse.  As a board-

certified first-degree felony specialist, I am in high demand when it comes to indigent

defense.  There just are not enough first-degree lawyers to handle all the cases, so we all

started to have too many cases.

Late in 2019, we were eventually able to return to the criminal courthouse.  We all know

what happened next.  Covid came and resulted in another shutdown of the wheels of

justice.  Again, crime did not stop.  And again, my caseload continued to grow.  Things are now

so backed up here and caseloads for attorneys of my capabilities are through the roof.  Many of

us are far beyond what the ABA recommends as a manageable case load.  But we have to try to

handle it, as there are only a limited number of attorneys certified to accept first degree appointments.

I am 63 years old and was looking forward to a not too far off retirement before all this happened.  I now see myself working for many more years to unwind all these cases.  If I were to stop and never take another new case, I am sure I would be practicing law for at least another five years.  I work incredibly long hours and most weekends.  Having said all that, I am extremely sorry I have been lax in some matters in this case. I should have and could have been more diligent and quicker to reply on some things.  I do not check my emails as often as I should, and local court coordinators know to text me if they need an immediate response.  I certainly have not purposely drug this matter out, as I truly do hope to see it resolved as much as anyone after all this time.

I hope all this background information provides a sufficient response.  I have never meant any disrespect to the Judge, the Southern District of Mississippi, or anyone involved in this case.  I consider it a privilege to be a lawyer and an officer of the court.

Respectfully submitted,
**TUCKER GRAVES**

By:      /s/  Tucker Graves
        **Tucker Graves**
        Attorney for the Defendant
        Texas Bar Number: 00785925
        2751 South Loop 336 West
        Conroe, Texas 77304